IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LINDA HAMILTON,

       Plaintiff,

V.                                        CIVIL ACTION
                                           CASE NO. 6:07-cv-01360-MLB-DWB

DILLARD STORE SERVICES, INC.,

       Defendant.

_____/

## **ORDER OF DISMISSAL**

Having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. #12) and for good cause shown, it is hereby

ORDERED that the above-captioned cause be dismissed with prejudice. Defendant has paid Plaintiff's attorneys fees, and Defendant will bear its own fees and costs.

ORDERED this the 24th day of April 2008.

                                                        S/Monti Belot

                                                  Hon. Monti L. Belot
                                                  Judge of the District Court

KC01DOCS\905943.1